# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Christian Cruz | ) | Case No.: 22-07678 |
| 490 Grossvenor Lane | ) | |
| Aurora, IL 60504 | ) | Hon. Judge Janet S. Baer |
| SSN: xxx-xx-3730 EIN: N.A. | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

## DEBTOR'S MOTION TO VACATE DISMISSAL ORDER

NOW COMES the Debtor CHRISTIAN CRUZ ("Debtor") by and through her attorneys Segel & Segel and moves to vacate dismissal order in the above captioned matter.

As grounds for this Motion Debtor states as follows:
1. This case was filed July 11, 2022.
2. On September 2, 2022, this Honorable Judge dismissed this matter as a result of Debtor's failure to file certain documents.
3. On September 2, 2022, an order was entered dismissing this matter, but the case was not closed.
4. In fact, Debtor did file her remaining documents on July 28, 2022.
5. Any delays in filing were solely the result of Debtor having Covid. Copies of the remaining documents are attached hereto as Exhibit "A".
6. As a result, of the above, Debtor requests that the dismissal order be vacated and that this matter be reinstated.

WHEREFORE, Debtor CHRISTIAN CRUZ, prays that this Honorable Court Vacate the order of Dismissal and reinstate this matter.

Respectfully Submitted,
By: /s/ Donald H. Segel
An Attorney for Plaintiff

Donald Segel (ARDC No. 2542897)
SEGEL & SEGEL, P.C.
525 W. Monroe Street, Suite 2360
Chicago, IL 60661
(312) 628-8740